# MEMORANDUM DECISIONS.

ADAMS et al., Appellants, v. BRISTOL, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by William C. Adams and another against Elias L. M. Bristol, impleaded. P. Merrill, for appellants. B. L. Rich, for respondent. No opinion. Order modified by adding the words, "And bringing the same on for hearing at the next May term of the Appellate Division," and, as so modified, affirmed, without costs. Order filed.

ALLEN, Appellant, v. FROMME, Respondent. (Supreme Court, Appellate Division, First Department, March 6, 1908.) Action by Willard E. Allen against Jacob Fromme. J. A. Allen, for appellant. S. Hoff, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ALLEN, Appellant, v. FROMME, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Willard E. Allen against Jacob Fromme. No opinion. Motion denied, and stay vacated, with $10 costs. Order filed.

AMERICAN FERROFIX BRAZING CO., Respondent, v. POTTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by the American Ferrofix Brazing Company against Nathaniel R. Potter and others. No opinion. Order affirmed, with costs.

AMERICAN FRUIT PRODUCT CO. v. WARD. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Action by the American Fruit Product Company against John C. Ward. No opinion. Motion granted.

In re ANTHONY AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 20, 1908.) In the matter of the opening of Anthony avenue.
PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of the court below. 46 Misc. Rep. 525, 95 N. Y. Supp. 77. Order filed.
SCOTT, J., not sitting.

ARNOLD, Appellant, v. NATIONAL STARCH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Anna Arnold, an infant, etc., against the National Starch Company.
PER CURIAM. Judgment and order affirmed, with costs, on authority of decision in same case reported in 121 App. Div. 889, 105 N. Y. Supp. 420.

SPRING and KRUSE, JJ., dissent upon the grounds stated in the dissenting opinion of KRUSE, J., upon the former appeal.

ATKINS v. FITZPATRICK. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Joseph S. Atkins against Timothy E. Fitzpatrick. No opinion. Motion denied with $10 costs. Order filed. See 109 N. Y. Supp. 919.

ATTORNEY GENERAL v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by the Attorney General against the Consolidated Gas Company. No opinion. Motion denied, with $10 costs. Order filed.

ATTORNEY GENERAL v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by the Attorney General against the Consolidated Gas Company. No opinion. Motion denied. Order filed.

BAKER, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Benjamin Baker, an infant, etc., against the Interborough Rapid Transit Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BALDWIN, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Charles E. Baldwin against the Schenectady Railway Company.
PER CURIAM. Judgment and order affirmed, with costs. See 118 App. Div. 441, 103 N. Y. Supp. 514.
KELLOGG, J., dissents.

BANES v. RAINEY. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Samuel T. Banes against Roy A. Rainey. No opinion. Motion granted. Settle order on notice.

BANES, Appellant, v. RAINEY, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Samuel T. Banes against Roy A. Rainey, as executor, etc. No opinion. Motion granted; and question certified as stated in order. Order filed.

BANKERS' MONEY ORDER ASS'N v. NACHOD et al. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by the Bankers' Money Order Association against Friedrich Nachod and others. No opinion. Motion granted. Order resettled.